# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES DWIGHT LEWIS,

    Petitioner,

vs.

WARDEN KATHY LANE,

    Respondent

No. 1:17-CV-00583

(Judge Rambo)

## ORDER

**AND NOW**, this 9th day of May, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Lewis' petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

        S/Sylvia H. Rambo
        SYLVIA H. RAMBO
        United States District Judge